IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-089-FDW-DCK

| | |
|---|---|
| BRYANT IBEKWE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| BLOOD ORANGES LLC; CRISSCROSS FUNDING; MINICAST LLC; NATIVE DIGITAL INC.; AMY HILL; MIGUEL SOSA; JULIET SUMMER THOMSON; SCOTT WARD; and JAMES LINEN, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 28) filed by Byron L. Saintsing, concerning Eric B. Liebman on June 27, 2018. Mr. Eric B. Liebman seeks to appear as counsel *pro hac vice* for Defendants Blood Oranges, LLC, CrissCross Funding, Minicast LLC, Native Digital Inc., Amy Hill, and Scott Ward. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 28) is **GRANTED.** Mr. Eric B. Liebman is hereby admitted *pro hac vice* to represent Defendants Blood Oranges, LLC, CrissCross Funding, Minicast LLC, Native Digital Inc., Amy Hill, and Scott Ward.

**SO ORDERED**.

Signed: June 27, 2018

David C. Keesler
United States Magistrate Judge