# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-089-FDW-DCK

| | |
|---|---|
| BRYANT IBEKWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BLOOD ORANGES LLC; CRISSCROSS ) | |
| FUNDING; MINICAST LLC; NATIVE ) | |
| DIGITAL INC.; AMY HILL; MIGUEL ) | |
| SOSA; JULIET SUMMER THOMSON; ) | |
| SCOTT WARD; and JAMES LINEN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 29) filed by Byron L. Saintsing, concerning Christopher E. McCall on June 27, 2018. Mr. Christopher E. McCall seeks to appear as counsel *pro hac vice* for Defendants Blood Oranges, LLC, CrissCross Funding, Minicast LLC, Native Digital Inc., Amy Hill, and Scott Ward. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 29) is **GRANTED.** Mr. Christopher E. McCall is hereby admitted *pro hac vice* to represent Defendants Blood Oranges, LLC, CrissCross Funding, Minicast LLC, Native Digital Inc., Amy Hill, and Scott Ward.

**SO ORDERED**.

Signed: June 27, 2018

David C. Keesler
United States Magistrate Judge